# UNITED STATES DISTRICT COURT

for

# EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

U.S.A. vs. Jessie Reaves            Docket No. 5:04-CR-253-1BO

## Petition for Action on Supervised Release

COMES NOW Eddie J. Smith, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Jessie Reaves, who, upon an earlier plea of guilty to 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2, Possession with Intent to Distribute a Quantity of Marijuana and Aiding and Abetting and 18 U.S.C. §§ 922(g)(1), 924(c)(1) and 2, Possession of a Firearm by a Felon and Aiding and Abetting, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on July 14, 2005, to the custody of the Bureau of Prisons for a term of 84 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 60 months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall cooperate in the collection of DNA as directed by the probation officer.

Jessie Reaves was released from custody on May 4, 2010, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** Since the defendant's release from custody, he has been unable to secure gainful employment. To assist him with job readiness skills, we are recommending that the conditions of release be modified to include vocational training, cognitive behavioral training, and educational services.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a vocational training program as directed by the probation office. Such program may include job readiness training and skills development training.

2. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

3. The offender shall participate in an educational services program as directed by the probation officer. Such program may include GED preparation, English as a Second Language classes, and other classes designed to improve the offender's proficiency in skills such as reading, writing, mathematics, or computer use.

Jessie Reaves
Docket No. 5:04-CR-253-1BO
Petition For Action
Page 2

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/ Robert L. Thornton
Robert L. Thornton
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Eddie J. Smith
Eddie J. Smith
U.S. Probation Officer
310 Dick Street
Fayetteville, NC 28301-5730
Phone: (910) 483-8613
Executed On: September 10, 2010

## ORDER OF COURT

Considered and ordered this __12__ day of __September__, 2010, and ordered filed and made a part of the records in the above case.

_____
Terrence W. Boyle
U.S. District Judge