# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

U.S.A. vs. Jessie Reaves                                  Docket No. 5:04-CR-253-1BO

### Petition for Action on Supervised Release

COMES NOW Eddie J. Smith, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Jessie Reaves, who, upon an earlier plea of guilty to 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2, Possession with Intent to Distribute a Quantity of Marijuana and Aiding and Abetting and 18 U.S.C. §§ 922(g)(1), 924(c)(1) and 2, Possession of a Firearm by a Felon and Aiding and Abetting, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on July 14, 2005, to the custody of the Bureau of Prisons for a term of 84 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 60 months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall cooperate in the collection of DNA as directed by the probation officer.

Jessie Reaves was released from custody on May 4, 2010, at which time the term of supervised release commenced. On September 12, 2010, to assist the defendant in job readiness skills, the court modified the conditions of supervised release to include the following:

1. The defendant shall participate in a vocational training program as directed by the probation office. Such program may include job readiness training and skills development training.

2. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

3. The offender shall participate in an educational services program as directed by the probation officer. Such program may include GED preparation, English as a Second Language classes, and other classes designed to improve the offender's proficiency in skills such as reading, writing, mathematics, or computer use.

On November 1, 2010, a violation report was submitted to the court reporting the defendant had been charged in Cumberland County, NC, with the offense of Unauthorized Use of a Motor Vehicle (10CR62829). The court agreed to continue supervision until the charge was adjudicated in state court.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On March 28, 2011, the defendant was convicted of the Unauthorized Use of Motor Vehicle offense and sentenced to 90 days in jail, suspended, and placed on 12 months probation. On April 6, 2011, the defendant tested positive for cocaine. When confronted with the results, the defendant signed an admission acknowledging his use of cocaine on or about March 30, 2011. The defendant admits to experiencing mental health problems over the past few months and

Jessie Reaves
Docket No. 5:04-CR-253-1BO
Petition For Action
Page 2

he has been attending mental health counseling. As a result of the new criminal conviction and testing positive for cocaine, the defendant is being required to attend cognitive behavioral therapy. Additionally, we would request the court to modify the conditions of supervised release to include mental health and substance abuse counseling. The defendant has been counseled about his behavior and instructed that additional violations will result in a request to the court to impose punitive sanctions.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Robert L. Thornton | /s/ Eddie J. Smith |
| Robert L. Thornton | Eddie J. Smith |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 310 Dick Street |
| | Fayetteville, NC 28301-5730 |
| | Phone: (910) 483-8613 |
| | Executed On: April 7, 2011 |

### ORDER OF COURT

Considered and ordered this ___9___ day of __April__, 2011, and ordered filed and made a part of the records in the above case.

_____
Terrence W. Boyle
U.S. District Judge